IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERRY L. RANSON,

    *Plaintiff*,

v.                                            Case No.: 4:23cv25-MW/MJF

OMNI INSURANCE, et al.,

    *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's action is **DISMISSED** under 28 U.S.C. § 1915(g) without prejudice to Plaintiff's initiating a new case accompanied by the $402.00 fee in its entirety." The Clerk shall **TERMINATE** ECF No. 2 and close the file.

**SO ORDERED on February 17, 2023.**

                                                    s/Mark E. Walker          
                                                    **Chief United States District Judge**